**STATE ex rel. ANDREWS, Co. Atty., v. SODERSTROM et al.**

No. 10736—Opinion Filed Nov. 18, 1919.

Error from District Court, Lincoln County; Hal Johnson, Judge.

Action by the State on relation of the County Attorney of Lincoln County against the officers of Chandler township to oust said officers, and declare such offices abolished. Judgment for defendants, and plaintiff appeals. Affirmed.

Thos. G. Andrews, Co. Atty., for plaintiff in error.

Jarrett & Speakman, for defendants in error.

OWEN, C. J. The question presented in this action is identical with that presented in case No. 10737, R. P. Roope, County Treas-

urer of Lincoln County, v. Ponca Township of Lincoln County et al. (ante). On the authority of that case the judgment of the lower court is affirmed.

PITCHFORD, McNEILL, HIGGINS, and BAILEY, JJ., concur.